# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Suseel Thomas individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Costco Wholesale Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. 1:19-cv-05278 ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     Costco Wholesale Corporation
C/O JOHN SULLIVAN
999 LAKE DR
ISSAQUAH, WA, 98027-8990

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Sheehan & Associates, P.C. 505 Northern Blvd., #311, Great Neck, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*